United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 18, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-20085
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VELIA NAJERA RAMIREZ,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:04-CR-482-7
---------------------

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM:*

Velia Najera Ramirez appeals the sentence imposed following her guilty-plea conviction of illegal use of a communication facility, in violation of 21 U.S.C. § 843(b). Najera Ramirez's sole issue on appeal is that the district court erred by ordering her to cooperate in the collection of a DNA sample as a condition of supervised release. This claim is not ripe for review on direct appeal. See United States v. Carmichael, 343 F.3d 756, 761-62 (5th Cir. 2003). Najera Ramirez concedes that this issue is foreclosed.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

APPEAL DISMISSED.